9640.  SOMERS *et al. v.* THE STATE.

BLOODWORTH, J.  The motion for a new trial in this case contains the general grounds only.  There is some* evidence to support the verdict, which has the approval of the trial judge, and this court will not interfere.  *Judgment affirmed.  Broyles, P. J., and Harwell, J., concur.*
DECIDED OCTOBER 10, 1918.

Accusation of violation of prohibition law; from city court of Richmond county—Judge Black.  March 18, 1918.

*C. A. Picquet,* for plaintiff in error.

*W. I. Curry, solicitor,* contra.